**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

SUNSET PROPERTIES, LLC,

Debtor.
_______________________________/

Case No. 26-03127- swd

Chapter 11

Hon. Scott W. Dales

**ORDER SCHEDULING AN EMERGENCY HEARING ON DEBTOR'S FIRST DAY MOTIONS**

Upon consideration of Sunset Properties, LLC's (the "Debtor")[1] *Ex Parte Motion for an Emergency Hearing on Debtor's First Day Motions* (the "Motion"); and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28 of the United States Code to consider the Motion and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code; this matter being a core proceeding within the meaning of section 157 of title 28 of the United States Code; the Court having determined that the relief sought in the Motion is in the best interest of the Debtor, its creditors, and all parties-in-interest; the Court having determined that the legal and factual basis set forth in the Motion establishes good cause for the relief granted herein; notice of the Motion being proper under the circumstances; and the Court being otherwise fully advised in the premises:

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

**NOW, THEREFORE IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED in its entirety.

2. Hearings on (i) Debtor's Motion for Entry of an Order Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection and (ii) Debtor's Motion for Entry of an Order Fixing Deadlines for Computershare Trust Company to file its Proof of Claim with Detailed Support will be conducted in the Courtroom of the Honorable Scott W. Dales, in the Bankruptcy Court located at 410 West Michigan, Room 114, Kalamazoo, Michigan 49007 on **October 16, 2026, at 10:00 a.m.**

3. This Order and the motions shall be served before close of business on October 6, 2026, via Federal Express Overnight Delivery on the following parties, or their counsel in lieu thereof: (i) the United States Trustee for the Western District of Michigan; (ii) identified secured creditors; (iii) the Debtor's twenty (20) largest unsecured creditors; and (iv) all interested parties.

END OF ORDER

**IT IS SO ORDERED.**

**Dated October 6, 2026**

James W. Boyd
United States Bankruptcy Judge