UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

SUNSET PROPERTIES, LLC,

Debtor.
_______________________________________/

Case No. DK 26-03127
Hon. Scott W. Dales
Chapter 11

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

**DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY SCHAFER AND WEINER, PLLC, AS GENERAL BANKRUPTCY COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

Please take notice that an objection has been filed with the Bankruptcy Court in the above-referenced matter. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

If you want the court to consider your view on this matter, attend the hearing scheduled for Wednesday, November 18, 2026 at 10:00 AM at the United States Bankruptcy Court, U.S. Courthouse and Federal Building, 410 West Michigan Ave., Kalamazoo, Michigan. **The hearing is scheduled to take place in person.**

You or your attorney may wish to file a response explaining your position. Such response should be **received** at least seven days prior to the scheduled hearing. A copy should also be served upon the party who has filed the motion and to his/her attorney.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

---

**Notice returned to Howard Borin, Esq. for service on appropriate parties and filing a certificate of service. (ts)**

October 8, 2026

MICHELLE M. WILSON
CLERK OF BANKRUPTCY COURT

/s/ Theresa A. Symon
BY: Theresa A. Symon, Deputy Clerk

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the new hearing date. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.